In The Texas Court Of Criminal Appeals  43,775-18

Ex Parte Thomas Florence

Notice To The Justices Of The

LOCR1217-83-4

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 28 2015
Abel Acosta, Clerk

The Trial Court, Appeal Court, Trial Court

In Art. 11.07's LOCR1217-83-2; LOCR1217-83-3; LOCR1217-83-4 Never Reached The Merits Of The Petitioner's ARREST AFFIDAVIT Invalidity

Comes Now Petitioner To Direct This Court To 01-11-00822CR Appeal On Issue No.3.

The State Appeal Court Did Not Address The Merits Of My Claim, Or The Court Misapplied The Law To The Facts To Deny Relief On This Issue.

The Appeal Court Argues On Its Own Accord Out Side The Pleadings My Brief, States Brief, My Reply Brief To The State's Brief And The Court Ignored The Law And Binding Precedent. This Court Also Never Address The Merits Of (1) Issue No.3, And Issue No.3 Is Black Before The Court. The Appeal Court

FN1, LOCR1217-83-3; SEE, 2254, 3-14-CV-00376(11-2014)

1

Held That A Complaint To Obtain An Arrest Warrant In Texas Does Not Have To Meet Constitutional Requisities. See, T.C.C.P. ART. 1.23, EX PARTE COOPER, VALLEJO v. STATE See, T.C.C.P. ART. 45.019 (a), (2), (4), (7), SEE, STATE v. ZORRILLA 404 SW3d 734, 737 FN 2 (TEX. APP. SAN ANTONIO 2013) CITING CASE'S SEE, PETITIONER'S EXHIBITS BRIEF(S) IN 10CR1217-83-2, 10CR1217-83-3, 10CR1817-83-3 AND 01-11-00822CR (7-30-13 TX. APP. HOU. 1st. 2013).

SEE, SIMMONS v. BEARD, 590 F3d 223 (3RD CIR. 2009), CITING CASES WHERE STATE COURTS DEN-DED WRITS (APPEAL) (ERROR #3) WITHOUT COMMENT IS NOT ON THE MERITS.

THE STATE COURTS DID NOT REASONABLY DECIDE THE ISSUE NO 3 PRESENTED TO IT ON WRIT# 10CR1217-83-2, 10CR1217-83-3, 01-11-00822CR ISSUE 3, 10CR1217-83-4 PENDING BEFORE COURT, SEE, SIMONS, AT 233, SUPRA CITING THOMAS v. HORN, 570 F3d 105, 115 (3RD CIR 2009) CITING FINDING NO ADJUDICATION ON THE MERITS TRIGGERING 2254(d)..

RESPECTFULLY SUBMITTED

_Thomas_

2

# IN THE TEXAS COURT OF CRIMINAL APPEALS

## EX PARTE THOMAS FLORENCE

RE. 10CR1217-83-2
RE. 10CR1217-83-3
RE. 10CR1217-83-4
(APP. #01100-822CR)

APPLICANT ASK'S COURT TO OVER-RULE THE DENIALS OF HIS ART. 11.07'S AND APPEAL

APPLICANT, MOVE COURT TO LIBERALLY CONSTRUE HIS PRO SE PLEADINGS, HAINES V. KERNER, 404 US 519, 520 (1972)

APPLICANT CERTIFY SAID MOTION UNDER PENALTY OF PERJURY.

ATTACHED IS ALLEGE VICTIM'S DECEMBER 30, 2014 AFFIDAVIT. SEE. OTHER TWO ON FILE IN Id. CASES DATED 8-23-2014, IN SUPPORT.

SEE, CARROLL V. STATE, 101 SW3d 454, 455 (TEX. CRIM. APP. 2003), REMAND (T.R.A.P. 78.2)

SEE, HERRIN V. STATE, 125 SW3d 436, 444 TEX. CRIM. APP. 2002).

RESPECTFULLY SUBMITTED

1-20-15

## AFFIDAVIT

My name is Ms. Amber Maries Guarnelo I am over 18 years of age and I swear my statement is true under penalty of perjury.

I was not found about one month pregnant on February 24 or 27 2010, as I've stated in my prior statement the police report that I've read the events are false.

I found out I was about one month pregnant was on February 14, 2010 when at the hospital. I was not found pregnant on February 24 or 27, 2010 at Ben Taub.
Mr. Garcia, Ms. Holly Johnson and Galveston Assistant District Attorney who harassed and threaten me. Ms. Rebecca Russell, Mr. Brandon Sims and the District Attorney that prosecuted Thomas Florence all knew I was no found pregnant on February 26 or 27, 2010 at Ben Taub , but February 14, 2010. The District Attorney's peoples were mad I refuse to lie for them on Thomas Florence and refuse to come to court on my own.

Ms. Holly Johnson came back to my house on January 19, 2011 to get my DNA after she had obtained Thomas and my baby's DNA on January 4, 2011.
I refuse to open the door for her to give her my DNA. She called my mother on the phone at work and told her I wouldn't open the door. Ms. Johnson told me if didn't open the door and give it to her she would have CPS take my child. Mr. Johnson, Mr. Garcia and the D.A. all knew that my child was born on October 22, 2010 by my mother. I did not call them as they stated and told them I had my baby.

I'm not a victim and I'm not a complaining witness on Thomas Florence as they stated.
I was told by the owner of the Children Center to color for the video in a coloring book. When we go in her and Ms. H. Johnson kept bugging me, but I kept refusing until they got on my nerves, telling me what I need to say and do. This video was done after I had my baby not before.
Thomas wife kept harassing my mother by phone and told us when my baby is born she was bringing her and Thomas daughter down to Galveston to give DNA. This was right before Thomas was setup by his wife to be arrested. I told him his wife was no good and was talking to Mr. Garcia and them. He did not believe me until it was days after when he was arrested.

I ask that my affidavit be given to the Courts and reviewed.

Thanks,

X _Amber Guarnelo_

X _Rey_

REYNALDO MARTINEZ
My Commission Expires
November 12, 2017
NOTARY PUBLIC STATE OF TEXAS